FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>BIMLESH ROHINI LATA,<br><br>                    Defendant. | NO: 2:16-CR-187-RMP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS |

BEFORE THE COURT is Defendant's Unopposed Motion to Modify Release Conditions, ECF No. 36. Defendant Bimlesh Rohini Lata was charged in a one-count indictment with attempted methamphetamine distribution on November 15, 2016, and was subsequently arraigned on November 28, 2017. ECF Nos. 1 and 16. Pending trial, the Court released Ms. Lata to live at a preapproved residence in Bellingham, Washington, where she was restricted to home-detention and GPS or electronic monitoring. ECF No. 26. Ms. Lata now moves the Court to replace the home-detention condition of her pretrial release with a curfew. ECF No. 36 at 3. Ms. Lata requests that she be allowed to leave her residence between

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS ~ 1

8 a.m. and 8 p.m. *Id.* at 3 n.6. Ms. Lata indicates that the Government does not object to this request. *Id.* at 3.

Conditions of pretrial release may include compliance with a specified curfew provided that the curfew condition or a combination of conditions will reasonably assure the appearance of the defendant and the safety of the community. 18 U.S.C. § 3142(c)(1)(B)(vii).

The Court finds that modifying the conditions of Ms. Lata's pretrial release to replace the home detention condition with a curfew requiring her to be in her residence nightly between the hours of 8 p.m. and 8 a.m. will satisfy the requirements of 18 U.S.C. § 3142. The GPS monitoring under the supervision of the U.S. Probation office remains in effect.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Pretrial Release Conditions, **ECF No. 36**, is **GRANTED**.
2. Defendant's pretrial release condition requiring home detention is replaced with a pretrial release condition requiring Defendant to be in her residence nightly between the hours of 8 p.m. and 8 a.m., but the GPS monitoring requirement remains in place.

/ / /

/ / /

/ / /

3. All other conditions not inconsistent with this Order remain in full effect.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED**: February 21, 2018.

                                      *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS ~ 3